RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 East Bonneville Ave, Suite 250
Las Vegas, Nevada 89101
Tel.: (702) 388-6577
Fax: (702) 388-6261

Attorney for David Pak

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:13-cr-00340-GMN-VCF |
| vs. | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND PROPOSED ORDER** |
| DAVID PAK, | (Expedited treatment requested) |
| Defendant. | |

COMES NOW, the defendant, David Pak, by and through his counsel, Rachel Korenblat, Assistant Federal Public Defender, and hereby files this Motion to Modify Conditions of Pretrial Release pursuant to 18 U.S.C. § 3145(a)(2) to terminate location monitoring and home detention. Pretrial Services concurs with this request, and the United States Attorney's Office does not oppose the request. This request is based upon the following points and authorities.

DATED this 28th day of March, 2014.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Rachel Korenblat*
_____
RACHEL KORENBLAT
Assistant Federal Public Defender

## POINTS AND AUTHORITIES

On August 23, 2013 the Magistrate Court released Mr. Pak on a Personal Recognizance Bond ("PR Bond") with Pretrial Release Conditions, which included the condition that he submit to location monitoring and home detention, both "at direction of" Pretrial Services. (CR ## 5(initial appearance minutes), 8 at p. 2 (PR Bond).)  Thus, for the past seven months, Mr. Pak has been monitored by Pretrial Services in the form of Passive Global Position Satellite ("GPS") and only allowed to leave his home for work and limited activities.

Mr. Pak's Pretrial Services Officer, Jamie Stroup, does not oppose terminating Mr. Pak's location monitoring and home detention.  The undersigned understands that Mr. Pak has been compliant with his location monitoring and home detention.  While Mr. Pak has had violations for a couple of positive tests for marijuana, he has submitted clean drug tests since he began treatment as directed by Pretrial Services in February.

Because Mr. Pak has not had any issue with his GPS monitoring, has made all court appearances, and reportedly appropriately to Pretrial Services throughout the past seven months, as well as has been drug-free since he began counseling, Mr. Pak has demonstrated that he is capable of abiding by his conditions of release.  Undersigned counsel has contacted Assistant United States Attorney, Robert Knief, who does not oppose this request.

## CONCLUSION

For the reasons stated above, the undersigned respectfully requests that this Court modify Mr. Pak's conditions of Pretrial Release by terminating his location monitoring and home detention.

DATED this 28th day of March, 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Rachel Korenblat*
By:_____
RACHEL KORENBLAT
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DAVID PAK,<br><br>       Defendant.. | 2:13-cr-00340-GMN-VCF<br><br>**ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Based on the Motion to Modify Conditions of Pretrial Release, and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion to Modify Conditions of Pretrial Release to terminate location monitoring and home detention is hereby GRANTED.

DATED this 28th day of March/~~April~~, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law Offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on March 28, 2014, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND PROPOSED ORDER** (Expedited treatment requested) by electronic service (ECF) to the persons named below:

> DANIEL G. BOGDEN
> United States Attorney
> ROBERT KNIEF
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

> */s/ Karen Meyer*
> Employee of the Federal Public Defender

4