UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plantiff, | Case No. 2:13-CR-00340-JCM-VCF<br><br>ORDER |
| V. | |
| David Pak, | |
| Defendant | |

_____

On March 27, 2019, defendant David Pak requested, through his attorney Kathern Newman, early termination of supervised release at a status conference. Mr. Pak has been on supervised release since November 3, 2016. His supervision is scheduled to expire on November 2, 2019. Mr. Pak has been successful on supervision with the exception of positive marijuana tests submitted between March through August 2018.

At this time, neither the government nor the probation office oppose the request for early termination.

The Court is satisfied that the defendant's history and success on supervised release over the past two year, all weight in favor of early termination.

Accordingly, IT IS HEREBY ORDERED that the defendant's oral motion for early termination of supervised release is granted.

Dated April 25, 2019.

_____
James C. Mahan
United States District Judge